Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Puerto Rico

Case number (if known): _____ Chapter ___12___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | La Fundadora Inc | |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

Vaqueria La Fundadora Inc

**3. Debtor's federal Employer Identification Number (EIN)**

6 6 – 0 5 5 9 6 1 4

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| SR 444 Km 7.4 | Patricia Galindez |
| Number          Street | Number          Street |
| | PO Box 2453 |
| | P.O. Box |
| Moca, PR | Moca, PR 00676-2453 |
| City                              State     ZIP Code | City                              State     ZIP Code |
| Moca | **Location of principal assets, if different from principal place of business** |
| County | Bo Rocha SR 444 Km 7.4 |
| | Number          Street |
| | Moca, PR 00676 |
| | City                              State     ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
   1    1    2    1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                              MM / DD / YYYY

         District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                    MM / DD / YYYY

        Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

_____

_____
City                                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

         Contact name  _____

         Phone  _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 ☐ 50-99 | ☐ 1,000-5,000 ☐ 5,001-10,000 | ☐ 25,001-50,000 ☐ 50,000-100,000 |
| ☐ 100-199 ☐ 200-999 | ☐ 10,001-25,000 | ☐ More than 100,000 |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million

- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million

- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/30/2021
               MM/ DD/ YYYY

**X** /s/ Patricia Y. Galindez

Signature of authorized representative of debtor

Patricia Y. Galindez
Printed name

Title          President

**18. Signature of attorney**

**X**    /s/ Lyssette A. Morales      Date  07/30/2021
Signature of attorney for debtor                     MM/ DD/ YYYY

Lyssette A. Morales
Printed name

LYSSETTE MORALES LAW OFFICE
Firm name

76 Aquamarina
Number      Street

Caguas                 PR     00725
City                     State    ZIP Code

Contact phone                lamoraleslawoffice@gmail.com
                                     Email address

120011                    PR
Bar number                 State



## *RESOLUCIÓN CORPORATIVA*

Yo, **JUAN MIGUEL MUNOZ ROLDAN**, mayor de edad, vecino de Moca, Puerto Rico, en mi carácter oficial de secretario de LA FUNDADORA, INC., una corporación con fines de lucro debidamente organizada y existente bajo las leyes del Estado Libre Asociado de Puerto Rico, bajo el número patronal 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

## CERTIFICO

--- Que en reunión celebrada se autorizó a la **PRESIDENTE, Sra. Patricia y. Galíndez Matos** a acogerse y/o **radicar quiebra bajo el CAPITULO 12 del TRIBUNAL FEDERAL DE QUIEBRAS en el Estado Libre Asociado de Puerto Rico,** y a cumplir con los trámites, procedimientos y provisiones de dicho Capítulo bajo los términos y condiciones que entienda mejor beneficien a La Fundadora, Inc.

--- Que se autoriza además, a firmar todos los documentos tanto públicos o privados relacionados con tales fines.

--- Que esta Resolución se acordó por unanimidad en reunión celebrada el 16 de Julio de 2021, donde compareció el Quórum reglamentario establecido por ley.

---- Se resuelve que esta resolución permanecerá en toda su fuerza y vigor hasta que por escrito se notifique su revocación o enmienda a cualquiera persona que haya aceptado estas facultades.

----**CERTIFICO**, además, que la presente RESOLUCION no ha sido enmendada, revocada o alterada y que está en vigor; y que la misma fue promulgada de conformidad con el Reglamento, los Artículos de Incorporación de la Corporación y con la Ley aplicable.

Y PARA QUE ASI CONSTE, suscribo la presente RESOLUCIÓN CORPORATIVA, bajo el sello corporativo en Moca, Puerto Rico, hoy 16 de julio de 2021

_____
**Juan Miguel Muñoz Roldán**
Secretario de La Fundadora, Inc.

Sello de La Corporación



LA FUNDADORA, INC.
PO BOX 2453
MOCA, PR 00676
TEL. 787-640-9478

Debtor name            La Fundadora Inc

United States Bankruptcy Court for the:

District of Puerto Rico

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.** **Cash on hand**      _____

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 BSPR | Checking account | 5880 | $13,521.20 |
| 3.2 Oriental Bank | Checking account | 5181 | $11,761.11 |

**4.** **Other cash equivalents** *(Identify all)*

     **None**

**5.** **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $25,282.31

### Part 2:   Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 Electric Usage, deposit unknown if consumed | (Unknown) |
|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**

   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    $0.00

---

**Part 3:**  Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts Receivable**

    11a. 90 days old or less:      $65,000.00      -      $0.00      = ...... ➔      $65,000.00
                             face amount           doubtful or uncollectible accounts

    11b. Over 90 days old:      _____      -      _____      = ...... ➔      _____
                           face amount           doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    $65,000.00

---

**Part 4:**  Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                    % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

**None**

17.   **Total of Part 4**

       Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

---

**Part 5:**   Inventory, excluding agriculture assets

---

18.   **Does the debtor own any inventory (excluding agriculture assets)?**

       ☑ No. Go to Part 6.

       ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.   **Raw materials**

       **None**

20.   **Work in progress**

       **None**

21.   **Finished goods, including goods held for resale**

       **None**

22.   **Other inventory or supplies**

       **None**

23.   **Total of Part 5**

       Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $0.00

24.   **Is any of the property listed in Part 5 perishable?**

       ☑ No

       ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

       ☑ No

       ☐ Yes

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

       ☑ No

       ☐ Yes

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

---

27.   **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ☐ No. Go to Part 7.

       ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

    **None**

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

    29.1 **2 Horses**      **(Unknown)**      $300.00

    **Additional Page Total** - *See continuation page for additional entries*      $218,425.00

**30. Farm machinery and equipment** (Other than titled motor vehicles)

    30.1 **2014 Tractor New Holland 4 x 4 w/ Loader Used 2016 $10,000, 1996 Ford Tractor 4x4 w/ loader $1,000, 1990 Hydraulic Hay Wagon Depreciation Value at $0, 1995 Manure Spreader New Holland Depreciation Value at $100, 2010 Generator Atlas 60 Kw Used in 2018 $6,000, 2018 Generator Horsepower 7Kw $500, 2021 Generator Horsepower 9 Kw $1,000, 2016 Gasoline Water Pump & Motor $700, 2011 Feed Bin Used in 2015 $800, 2006 Milk Vacuum Extractor Pump $500, 2012 Milk Vacuum Extractor Pump w/ Milk Receiver $700, 1999 Milk Claws [8] w/lines & Pulsator $100, 2015 Water Extractor Pump gasoline-powered $700, 2015 Water Extractor Pump electric-powered $150, 2 Motorized Milk Pumps Depreciated value at $1000, 1989 Milk Bulk Tank 2,000 liters Used 1999 $250, 1998 Milk Bulk Tank 4,000 liters Used 2008 defective $1000, 2014 Cooling Units Used 2016 [2] 1 needs replacement $300, 1998 Water Tank Depreciation value at $1, 2010 Security Camara in disuse Depreciated Value at $0, 2021 Mitsubishi Variable Speed Drive $4,000.**      **(Unknown)**      $28,801.00

**31. Farm and fishing supplies, chemicals, and feed**

    31.1 **Cow Feed Iodine Clorox Acid Detergents Napkins Medicines**      **(Unknown)**      $870.00

**32. Other farming and fishing-related property not already listed in Part 6**

    32.1 **Right to the production of 26,000 liters Milk Quota Oril License #3124**      **(Unknown)**      Comparables      $208,000.00

    **Additional Page Total** - *See continuation page for additional entries*      $102,270.00

**33. Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.      $558,666.00

**34. Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☑ Yes. Is any of the debtor's property stored at the cooperative?

        ☑ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  Desk & 2 Chairs | $10.00 | | $10.00 |
| **40. Office fixtures** | | | |
| None | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Office equipment | $10.00 | File Cabinets & obsolete Mac G5 | $10.00 |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| None | | | |
| **43. Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $20.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1  **2002 Ford F 150 Pickup 4 x 4 / Regular Long Bed** | **(Unknown)** | Kbb Trade in Value | $1,667.00 |
|---|---|---|---|

**48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    **None**

**49. Aircraft and accessories**

    **None**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                       $1,667.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 9:** | Real Property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| | | | |
|---|---|---|---|
| **44.592 cda Dairy Farm Fca #12,632** | Fee Simple | (Unknown) | Comparable | $44,592.00 |
| 55.1 **Bo Rocha SR 444 Km 7.4 Moca, PR 00676** | | | | |

| | | | |
|---|---|---|---|
| **1.971 cdas Lot of Land for grazing No** **title recorded at Property Registry** | Fee Simple | (Unknown) | Comparable | $1,971.00 |
| 55.2 **SR 444 Km 7.4 Moca, PR 00676** | | | | |

| | | | |
|---|---|---|---|
| **11.27 cdas for grazing Fca #5,116** | Fee Simple | (Unknown) | Comparable | $11,260.00 |
| 55.3 **SR 444 Km 6.9 Moca, PR 00676** | | | | |

**Additional Page Total** - *See continuation page for additional entries*           $182,969.50

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.           $240,792.50

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:**  Intangibles and Intellectual Property

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

   **None**

**61.** **Internet domain names and websites**

   **None**

**62.** **Licenses, franchises, and royalties**

   **None**

**63.** **Customer lists, mailing lists, or other compilations**

   **None**

**64.** **Other intangibles, or intellectual property**

        None

65.  **Goodwill**

        None

66.  **Total of Part 10**

        Add lines 60 through 65. Copy the total to line 89.                                    _____ **$0.00**

67.  **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
        ☐ No. Go to Part 12.
        ☑ Yes. Fill in the information below.

                                                                                           **Current value of debtor's
                                                                                           interest**

71.  **Notes receivable**
        Description (include name of obligor)

        None

72.  **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

        None

73.  **Interests in insurance policies or annuities**

        73.1  **Public Liability** _____    _____ **(Unknown)**

        **Additional Page Total** - *See continuation page for additional entries*    _____ **$0.00**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

        None

75.  **Other contingent and unliquidated claims or causes of action of every nature,
        including counterclaims of the debtor and rights to set off claims**

        None

**76.** **Trusts, equitable or future interests in property**

   **None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets,
   country club membership

   77.1 **50 Solar panels** _____    $6,375.00

   **Other Property Total** - *See continuation page for entries*    $49,266.00

**78.** **Total of Part 11**

   Add lines 71 through 77. Copy the total to line 90.    $55,641.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 12:   Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $25,282.31 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $65,000.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $558,666.00 | |
| **86. Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $20.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,667.00 | |
| **88. Real property.** *Copy line 56, Part 9.*............................................................ | → | $240,792.50 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $55,641.00 | |
| **91. Total.** Add lines 80 through 90 for each column...... 91a. | $706,276.31 | + 91b. $240,792.50 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................. | | $947,068.81 |

## Additional Page

| General description | | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**29. Farm animals -** *Continued*

| | | | | |
|---|---|---|---|---|
| 29.2 | 110 Milking Cows $132,000, 40 Dry Cows $48,000, 10 Heifers close to calving $16,000, 23 Heifers [1 to 2 yrs old] $10,500, 10 Calves [less than 1 yr old] $6,000, 15 Calves [less than 6 mos old] $2,625 3 Bulls $3,000, 1 Male calf less 6 mos $300. | **(Unknown)** | Comparable | $218,425.00 |

**32. Other farming and fishing-related property not already listed in Part 6 -** *Continued*

| | | | | |
|---|---|---|---|---|
| 32.2 | Bldg which houses Milk Parlor, Milk Room, Waiting Parlor w/ recent improvements, Machine Room, Bathroom, Office area & Feeding Rooms | **(Unknown)** | | $33,720.00 |
| 32.3 | Feeding Ranch & Storage Bldg w/ recent improvements/repairs | **(Unknown)** | | $58,550.00 |
| 32.4 | Fences, posts, water troughs, well, roads & bridges have been improved since 2018 | **(Unknown)** | | $10,000.00 |

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest -** *Continued*

| | | | | | |
|---|---|---|---|---|---|
| 55.4 | 15 centimos Lot of Land for grazing. No title recorded at Property Registry<br>SR 444 Km 6.9 Moca, PR 00676 | Fee Simple | **(Unknown)** | Comparable | $150.00 |
| 55.5 | 130 cda Lot of Land for grazing Fca #647<br>SR 444 Km 6.9 Moca, PR 00676 | Fee Simple | **(Unknown)** | Comparable | $130,000.00 |
| 55.6 | 1 cda land & abandoned structure w/o flooring, no doors, land for grazing No title recorded at Property Registry<br>SR 444 Km 7.4 Moca, PR 00676 | Fee Simple | **(Unknown)** | Comparable | $1,000.00 |
| 55.7 | Resd prop 1.0645 cdas lot 3b/2b w/ an almost unhabitable home. Segregated but not recorded Property Registry<br>Bo Rocha Interior SR 444 Km 7.4 Interior Moca, PR 00676 | Fee Simple | **(Unknown)** | Comparable | $11,164.50 |
| 55.8 | 30.7 cdas Lot of Land for grazing Fca #938 segregated<br>SR 444 Km 6.9 Moca, PR 00676 | Fee Simple | **(Unknown)** | Comparable | $30,700.00 |
| 55.9 | 6,553 s/m lot for grazing. No title recorded at Property Registry<br>SR 444 Km 7.4 Moca, PR 00676 | Fee Simple | **(Unknown)** | | $1,660.00 |
| 55.10 | 8.295 cdas Lot of Land for harvest Fca #938 Segregated<br>SR 444 Km 6.4 Moca, PR 00676 | Fee Simple | **(Unknown)** | | $8,295.00 |

## Additional Page

| | Current value of debtor's interest |
|---|---|
| **73. Interests in insurance policies or annuities - *Continued*** | |
| 73.2   Commercial property | (Unknown) |
| **77. Other property of any kind not already listed - *Continued*** | |
| 77.2   **4 Solark Inverters 12 KW each for solar power** | $18,816.00 |
| 77.3   **3 Industrial Crown Batteries** | $30,450.00 |

Fill in this information to identify the case:

Debtor name        La Fundadora Inc

United States Bankruptcy Court for the:

District of Puerto Rico

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**

Santander Financial Services Inc.

**Creditor's mailing address**

PO Box 362589

San Juan, PR 00936

**Creditor's email address, if known**

**Date debt was incurred**    03/23/2004

**Last 4 digits of account number**    7  1  6  0

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

44.592 cda Dairy Farm Fca #12,632
Bo Rocha SR 444 Km 7.4 Moca, PR 00676

130 cda Lot of Land for grazing Fca #647
SR 444 Km 6.9 Moca, PR 00676

30.7 cdas Lot of Land for grazing Fca #938 segregated
SR 444 Km 6.9 Moca, PR 00676

8.295 cdas Lot of Land for harvest Fca #938 Segregated
SR 444 Km 6.4 Moca, PR 00676

Right to the production of 26,000 liters Milk Quota
Oril License #3124

*See continuation page.*

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $2,244,097.00 | $432,847.00 |

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,342,497.00

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**For Asset: Right to the production of 26,000 liters Milk Quota Oril License #3124**

**1) Santander Financial Services Inc.**

2) U.S. Small Business Administration

**Remarks:** Dispute computation of balance of debt & how payments were credited throughout the life of the loan.

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2**

**Creditor's name**
U.S. Small Business Administration

**Creditor's mailing address**
Office of Disaster Assistance

14925 Kingsport Rd

Fort Worth, TX 76155-2243

**Creditor's email address, if known**
_____

**Date debt was incurred**      09/16/2020

**Last 4 digits of account number**      **7  9  0  4**

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

**For Asset:**
**BSPR**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Oriental Bank**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

BSPR

Oriental Bank

110 Milking Cows $132,000, 40 Dry Cows $48,000, 10 Heifers close to calving $16,000, 23 Heifers [1 to 2 yrs old] $10,500, 10 Calves [less than 1 yr old] $6,000, 15 Calves [less than 6 mos old] $2,625 3 Bulls $3,000, 1 Male calf less 6 mos $300.

2014 Tractor New Holland 4 x 4 w/ Loader Used 2016 $10,000, 1996 Ford Tractor 4x4 w/ loader $1,000, 1990 Hydraulic Hay Wagon Depreciation Value at $0, 1995 Manure Spreader New Holland Depreciation Value at $100, 2010 Generator Atlas 60 Kw Used in 2018 $6,000, 2018 Generator Horsepower 7Kw $500, 2021 Generator Horsepower 9 Kw $1,000, 2011 Feed Bin Used in 2015 $800, 2006 Milk Vacuum Extractor Pump $500, 2012 Milk Vacuum Extractor Pump w/ Milk Receiver $700, 1999 Milk Claws [8] w/lines & Pulsator $100, 2015 Water Extractor Pump gasoline-powered $700, 2015 Water Extractor Pump electric-powered $150, 2 Motorized Milk Pumps Depreciated value at $1000, 1989 Milk Bulk Tank 2,000 liters Used 1999 $250, 1998 Milk Bulk Tank 4,000 liters Used 2008 defective $1000, 2014 Cooling Units Used 2016 [2] 1 needs replacement $300, 1998 Water Tank Depreciation value at $1, 2010 Security Camara in disuse Depreciated Value at $0, 2021 Mitsubishi Variable Speed Drive $4,000.

Cow Feed Iodine Clorox Acid Detergents Napkins Medicines

*See continuation page.*

**Describe the lien**
UCC Financing Agreement #20200013712

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$98,400.00

$706,256.31

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**For Asset:**
**110 Milking Cows $132,000, 40 Dry Cows $48,000, 10 Heifers close to calving $16,000, 23 Heifers [1 to 2 yrs old] $10,500, 10 Calves [less than 1 yr old] $6,000, 15 Calves [less than 6 mos old] $2,625 3 Bulls $3,000, 1 Male calf less 6 mos $300.**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**2014 Tractor New Holland 4 x 4 w/ Loader Used 2016 $10,000, 1996 Ford Tractor 4x4 w/ loader $1,000, 1990 Hydraulic Hay Wagon Depreciation Value at $0, 1995 Manure Spreader New Holland Depreciation Value at $100, 2010 Generator Atlas 60 Kw Used in 2018 $6,000, 2018 Generator Horsepower 7Kw $500, 2021 Generator Horsepower 9 Kw $1,000, 2016 Gasoline Water Pump & Motor $700, 2011 Feed Bin Used in 2015 $800, 2006 Milk Vacuum Extractor Pump $500, 2012 Milk Vacuum Extractor Pump w/ Milk Receiver $700, 1999 Milk Claws [8] w/lines & Pulsator $100, 2015 Water Extractor Pump gasoline-powered $700, 2015 Water Extractor Pump electric-powered $150, 2 Motorized Milk Pumps Depreciated value at $1000, 1989 Milk Bulk Tank 2,000 liters Used 1999 $250, 1998 Milk Bulk Tank 4,000 liters Used 2008 defective $1000, 2014 Cooling Units Used 2016 [2] 1 needs replacement $300, 1998 Water Tank Depreciation value at $1, 2010 Security Camara in disuse Depreciated Value at $0, 2021 Mitsubishi Variable Speed Drive $4,000.**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Cow Feed Iodine Clorox Acid Detergents Napkins Medicines**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Right to the production of 26,000 liters Milk Quota Oril License #3124**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____ 2.1 _____

**For Asset:**
**50 Solar panels**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**4 Solark Inverters 12 KW each for solar power**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**3 Industrial Crown Batteries**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Rural Devlopment REAP Solar Energy Incentives Must be used for purchase of panels etc**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**2002 Ford F 150 Pickup 4 x 4**
**Regular Long Bed**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Part 1:    Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column A | Column B |
|---|---|
| **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Electric Usage, deposit unknown if consumed**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**2 Horses**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Bldg which houses Milk Parlor, Milk Room, Waiting Parlor w/ recent improvements, Machine Room, Bathroom, Office area & Feeding Rooms**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Feeding Ranch & Storage Bldg w/ recent improvements/repairs**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Fences, posts, water troughs, well, roads & bridges have been improved since 2018**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Incentives for Solar Energy Must be used for purchase solar panels etc**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Disaster Business Loan

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Julia, Jean P<br>PO Box 364908<br>San Juan, PR 00936-4908 | Line ___2.1___ | ___ ___ ___ ___ |
| U.S. Small Business Administration<br>10737 Gateway W #300<br>El Paso, TX 79935 | Line ___2.2___ | _7_ _9_ _0_ _4_ |

## Part 1: Additional Page

**2.**

| 2.1 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |

Santander Financial Services Inc.

11.27 cdas for grazing Fca #5,116
SR 444 Km 6.9 Moca, PR 00676

| 2.2 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |

U.S. Small Business Administration

Right to the production of 26,000 liters Milk Quota
Oril License #3124

50 Solar panels

4 Solark Inverters 12 KW each for solar power

3 Industrial Crown Batteries

Rural Devlopment REAP Solar Energy Incentives
Must be used for purchase of panels etc

2002 Ford F 150 Pickup 4 x 4
Regular Long Bed

Electric Usage, deposit unknown if consumed

2 Horses

Bldg which houses Milk Parlor, Milk Room, Waiting
Parlor w/ recent improvements, Machine Room,
Bathroom, Office area & Feeding Rooms

Feeding Ranch & Storage Bldg w/ recent
improvements/repairs

Fences, posts, water troughs, well, roads & bridges
have been improved since 2018

Incentives for Solar Energy Must be used for
purchase solar panels etc

Debtor name _____ La Fundadora Inc _____

United States Bankruptcy Court for the:

District of Puerto Rico _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

CRIM

Bankruptcy Div.

PO Box 195387

San Juan, PR 00919-5387

Date or dates debt was incurred

_____

Last 4 digits of account
number  9   6   1   4

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**
Remarks: Noticing purposes

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: unknown      Priority amount: unknown

**2.2** Priority creditor's name and mailing address

DOL

PO Box 9024140

San Juan, PR 00902-4140

Date or dates debt was incurred

_____

Last 4 digits of account
number  9   6   1   4

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**
Remarks: Noticing purposes

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: unknown      Priority amount: unknown

| Part 1: | Additional Page |
|---|---|

**2.3** | Priority creditor's name and mailing address

__ELA Dept of Treasury__

__Bankruptcy Div #4248__

__PO Box 9024140__

__San Juan, PR 00902-4140__

Date or dates debt was incurred

_____

Last 4 digits of account
number __9__  __6__  __1__  __4__

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) __(8)__

**Remarks:** Noting Purposes

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.4** | Priority creditor's name and mailing address

__IRS__

__PO Box 7346__

__Philadelphia, PA 19101-7346__

Date or dates debt was incurred

_____

Last 4 digits of account
number __9__  __6__  __1__  __4__

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) __(8)__

**Remarks:** Noticing purposes

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.5** | Priority creditor's name and mailing address

__SIF__

__PO Box 365028__


__San Juan, PR 00936-5028__

Date or dates debt was incurred

_____

Last 4 digits of account
number __9__  __6__  __1__  __4__

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____

**Remarks:** Noticing purposes

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

Debtor    **La Fundadora Inc**
          Name

Case number *(if known)* _____

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**

**LUMA**

**PO Box 363508**

**San Juan, PR 00936-3508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Electric Power Usage

unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    9   6   1   4

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Did not find in Luma's electronic system.

**3.2**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. | **+** $0.00 |
| 5c. | **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $0.00 |

Fill in this information to identify the case:

Debtor name                    La Fundadora Inc

United States Bankruptcy Court for the:

                    District of Puerto Rico

Case number (if known): _____    Chapter ___12___

☐ Check if this is an
   amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Raw Milk Sales<br><br>Contract to be ASSUMED | Suiza Dairy<br><br>131 Ave De Diego<br><br>San Juan, PR 00921-3039 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UCC Financing Agreement 2020-13712<br><br>Contract to be ASSUMED<br><br>0 months | U.S. Small Business Administration<br><br>10737 Gateway W #300<br><br>El Paso, TX 79935 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name _____ La Fundadora Inc _____

United States Bankruptcy Court for the:

_____ District of Puerto Rico _____

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Galindez Matos, Patricia Yvonne | SR 444 Km 7.4 Int Bo Rocha <br> Street <br><br> Moca, PR 00676 <br> City          State          ZIP Code | Santander Financial Services Inc. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 Munoz Roldan, Juan M | PO Box 2453 <br> Street <br><br> Moca, PR 00676 <br> City          State          ZIP Code | Santander Financial Services Inc. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br><br> _____ <br> City          State          ZIP Code | | |
| 2.4 _____ | _____ <br> Street <br><br> _____ <br> City          State          ZIP Code | | |
| 2.5 _____ | _____ <br> Street <br><br> _____ <br> City          State          ZIP Code | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | _____ Street | | |
| | _____ | | |
| | City          State      ZIP Code | | |

Fill in this information to identify the case:

Debtor name          La Fundadora Inc

United States Bankruptcy Court for the:

            District of Puerto Rico

Case number (if known): _____ Chapter ___12___

❑ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

       Copy line 88 from *Schedule A/B*................................................................................................

| $240,792.50 |
|---|

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B*..............................................................................................

| $706,276.31 |
|---|

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B*................................................................................................

| $947,068.81 |
|---|

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $2,342,497.00 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................

| $0.00 |
|---|

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................

+ | $0.00 |
|---|

4. **Total liabilities**................................................................................................................................

| $2,342,497.00 |
|---|

    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name         La Fundadora Inc

United States Bankruptcy Court for the:

District of Puerto Rico

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br><br>Check all that apply | Gross revenue<br><br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other   Incentives, Subsidies, COVID Rescue Loans | $277,243.00 |
| **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other   Incentives, Subsidies, COVID Rescue Loans | $639,077.00 |
| **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other   Incentives, Subsidies | $510,293.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

 ☑ None

| | | Description of sources of revenue | Gross revenue from each source<br><br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | _____ | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor** | _____ | | |
| | _____ | | |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | _____ | _____ | _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City     State    ZIP Code | _____<br><br>XXXX– ___ ___ ___ ___ | _____ | _____ |

---

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. BSPR v Debtor et als<br><br>**Case number**<br><br>SS 2019-cv-00095 | Collection of Monies, Foreclosure of Mortgage Pledge, Mortgage & of Lien Judgment $2,677,904 includes Principal $1,892,693 Interests $555,496.48 S/C $11,214.39 A/F $218,500 | Aguadilla Superior Court at San Sebastian<br>Name<br><br>_____<br>Street<br><br>_____<br>San Sebastian, PR 00685<br>City     State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____<br>Custodian's name<br><br>_____<br>Street<br><br>_____<br>City     State    ZIP Code | _____<br><br>**Case title**<br>_____<br><br>**Case number**<br>_____<br><br>**Date of order or assignment**<br>_____ | _____<br><br>**Court name and address**<br>_____<br>Name<br><br>_____<br>Street<br><br>_____<br>City     State    ZIP Code |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City                    State    ZIP Code

Recipient's relationship to debtor

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1.  Death of Cattle [16] | | 2020 | $14,750.00 |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|---------------------------------------------|-------------------------------------------------|-------|-----------------------|
| | L.A. Morales & Associates P.S.C.. | Attorney's Fee | 7/30/2021 | $10,000.00 |

**Address**

76 Aquamarina
Street

Caguas, PR 00725-1908
City                    State    ZIP Code

**Email or website address**

lamoraleslawoffice@gmail.com

**Who made the payment, if not debtor?**

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Court Filing Fee | Court Filing Fees | 07/18/2021 | $278.00 |

**Address**

Street

City                State    ZIP Code

**Email or website address**

lafundadora28@yahoo.com

**Who made the payment, if not debtor?**

La Fundadora Inc

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

Street

City                State    ZIP Code

**Relationship to debtor**

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|
| 14.1. _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code | From _____  To _____ |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|--------------------------------------------------------------------------------|--------------------------------------------------------------------------|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street | _____ | _____ |
| _____ <br> City          State    ZIP Code | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. <br><br> _____ <br><br> _____ | **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City            State     ZIP Code | XXXX– __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City            State     ZIP Code | _____<br>_____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Paseos la Castellana Inc. | SR 444 Km 6.4 Bo Rochas | Fca #938 of 39 cdas transferred by | $8,295.00 |
| Name | | 'permuta'to Los Paseos la | |
| PO Box 2453 | | Castellana in exchg x $60,000 | |
| Street | Moca, PR 00676 | shares in La Fundadora Inc security | |
| | | held by BSPR. | |
| Moca          PR | | | |
| 00676-2453 | | | |
| City          State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |
| | Street | | |
| | | | |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  Paseos La Castellana Inc. | | EIN:  6 _ 6 – 0 _ 6 _ 8 _ 3 _ 5 _ 2 _ 1 |
| Name | | |
| PO Box 2453 | | **Dates business existed** |
| Street | | |
| | | From 9/21/2006___  To _____ |
| Moca, PR 00676 | | |
| City          State    ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Lilly's Accounting Services<br>Name<br><br>PO Box 1592<br>Street<br><br><br>Moca, PR 00676<br>City     State     ZIP Code | From  1999     To 07/30/2021 |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   _____<br>Name<br><br>_____<br>Street<br><br><br>_____<br>City     State     ZIP Code | From _____     To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Patricia Galindez<br>Name<br>PO Box 2453<br>Street<br><br><br>Moca, PR 00676<br>City     State     ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1.   _____<br>Name<br><br>_____<br>Street<br><br><br>_____<br>City     State     ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Patricia Galindez | 06/30/2021 | $248,096.00 |

| Name and address of the person who has possession of inventory records |
|---|

27.1.   Patricia Galindez
       _____
       Name

       PO Box 2453
       _____
       Street

       _____

       Moca, PR 00676
       _____
       City                    State        ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Galindez Matos, Patricia Yvonne | SR 444 Km 7.4 Int Bo Rocha Moca, PR 00676 | President, Shareholder | 100.00% |
| Munoz Roldan, Juan Miguel | SR 444 Km 7.4 Int Bo Rocha Moca, PR 00676 | Secretary, Shareholder | 0.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ |
| | | | To   _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Munoz Roldan, Juan Miguel <br> Name <br> SR 444 Km 7.4 Int Bo Rocha <br> Street <br><br> Moca, PR 00676 <br> City      State      ZIP Code | $23,598 12 months salary | 06/30/2021 | Salary for daily work performed 24/7 |

| Relationship to debtor |
|---|
| Employee |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Galindez Matos, Patricia Yvonne <br> Name <br> SR 444 Km 7.4 Int Bo Rocha <br> Street <br><br> Moca, PR 00676 <br> City      State      ZIP Code | $20,427 12 month salary | 06/30/2021 | Salary for daily work performed 24/7 |

| Relationship to debtor |
|---|
| Employee |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      07/30/2021
               MM/   DD/   YYYY

**X**   /s/ Patricia Y. Galindez
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor
              President

Printed name              Patricia Y. Galindez

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

In re    La Fundadora Inc

United States Bankruptcy Court District of Puerto Rico

Debtor(s)

Case No.
Chapter:    1 2

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    **NO LOOK FEE**

    For  legal  services,  I  have  agreed  to  accept                        $        _____

    Prior  to  the  filing  of  this  statement  I  have  received       $        _____

    Balance Due                                                                $                 _____

*   **RETAINER**

    For legal services, I have agreed to accept and received a retainer of    $ **10,000.00**

    The undersigned shall bill against the retainer at an hourly rate of       $ **275.00 P/HR**
    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all
    Court approved fees and expenses exceeding the amount of the retainer.

    $ **278.00**     of the filing fee has been paid.

2.  The source of the compensation paid to me was:

    ☑ Debtor        Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor        Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

    **Included is all work & effort to obtain the confirmation of a Plan. Time will be charged off @ $275 per hour & will be billed by Application for approval by the Court & will be paid as an administrative claim through a confirmed Plan or directly by the debtor, in lieu of a Plan.**

In re  La Fundadora Inc _____    Case No. _____
                    Debtor(s)

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**Representation in all actions related to the bankruptcy case, including conversion to another chapter, except appeals, if any, at the agreed hourly rate of $275 per hour, or any amendment thereto during the pendency of the case.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

*/s/ Lyssette A. Morales*

**7/30/2021**_____

*Date*

**Lyssette A. Morales**
*Signature of Attorney*
**L A Morales & Associates P.S.C.**
**Urb Villa Blanca**
**76 Aquamarina**
**Caguas, PR 00725-1908**
**787-746-2434  Fax: 855-298-2515**
**lamoraleslawoffice@gmail.com**
*Name of law firm*

---

IN RE: **La Fundadora Inc**

CASE NO

CHAPTER **12**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 07/30/2021 _____ Signature _____ /s/ Patricia Y. Galindez _____

Patricia Y. Galindez, President

CRIM
BANKRUPTCY DIV.
PO BOX 195387
SAN JUAN, PR 00919-5387

DOL
PO BOX 9024140
SAN JUAN, PR 00902-4140

ELA DEPT OF TREASURY
BANKRUPTCY DIV #4248
PO BOX 9024140
SAN JUAN, PR 00902-4140

PATRICIA YVONNE
GALINDEZ MATOS
SR 444 KM 7.4 INT BO ROCHA
MOCA, PR 00676

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JEAN P JULIA
PO BOX 364908
SAN JUAN, PR 00936-4908

LUMA
PO BOX 363508
SAN JUAN, PR 00936-3508

JUAN M MUNOZ ROLDAN
PO BOX 2453
MOCA, PR 00676

SANTANDER FINANCIAL
SERVICES INC.
PO BOX 362589
SAN JUAN, PR 00936

SIF
PO BOX 365028
SAN JUAN, PR 00936-5028

SUIZA DAIRY
131 AVE DE DIEGO
SAN JUAN, PR 00921-3039

MAXIMILIANO TRUJILLO
PO BOX 9481
BAYAMON, PR 00960-9481

U.S. SMALL BUSINESS
ADMINISTRATION
OFFICE OF DISASTER ASSISTANCE
14925 KINGSPORT RD
FORT WORTH, TX 76155-2243

U.S. SMALL BUSINESS
ADMINISTRATION
10737 GATEWAY W #300
EL PASO, TX 79935