IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 21-02309-MCF12 |
|---|---|
| LA FUNDADORA INC | Chapter 12 |
| Debtor(s) | FILED & ENTERED ON JUN/20/2023 |

ORDER & NOTICE

The Debtor is ordered to reply, within 21 days, to the Trustee's unfavorable recommendation and to Luna Commercial II, LLC's objection to confirmation. The confirmation hearing is re-scheduled for CAUSE for August 17, 2023, at 9:00 AM, via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances found on the homepage of our Website at https://www.prb.uscourts.gov/.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20 day of June, 2023.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge